Ryan J. Larsen (Cal. State Bar No. 211622)
ryan.larsen@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

David C. Bohan (*pro hac vice* application forthcoming)
david.bohan@kattenlaw.com
Patrick M. Smith (*pro hac vice* application forthcoming)
patrick.smith@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: 312.902.5393
Facsimile: 312.902.1061

Attorneys for Defendant
UBS SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS FLEMING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO., INC., CHARLES R. SCHWAB, WALTER W. BETTINGER II and UBS SECURITIES LLC,<br><br>Defendant. | Case No. 3:15-cv-02945-RS<br><br>**NOTICE OF APPEARANCE** |

| | |
|---|---|
| 1 | Defendant UBS Securities LLC hereby appears in the above-captioned case through its |
| 2 | attorneys David C. Bohan, Patrick M. Smith, and Ryan J. Larsen of Katten Muchin Rosenman, |
| 3 | LLP. |

DATED: July 27, 2015              Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**
David C. Bohan
Patrick M. Smith
Ryan J. Larsen


By:     /s/
       ────────────────────────
              Ryan J. Larsen
         Attorneys for Defendant
           UBS Securities LLC