1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCIS FLEMING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:15-cv-02945-RS<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER RESCINDING THE NOTICE RE: NON-COMPLIANCE WITH COURT ORDER AND REMOVING THE LITIGATION FROM THE ADR MULTI-OPTION PROGRAM |

1067545_1

1    Pursuant to the Stipulation to Rescind the Notice re: Non-Compliance with Court Order and

2  to Remove the Litigation from the ADR Multi-Option Program:

3    1.    The Notice re: Non-Compliance with Court Order is rescinded and shall be removed

4  from the docket.

5    2.    The case is removed from the ADR Multi-Option Program.

6    IT IS SO ORDERED.

7  DATED:  _8/20/15_____    _____

8    THE HONORABLE RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RESCINDING THE NOTICE RE: NON-COMPLIANCE WITH COURT ORDER
AND REMOVING THE LITIGATION FROM THE ADR MULTI-OPTION PROGRAM - 3:15-cv-
02945-RS                                                                    - 1 -