1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS FLEMING, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>     Defendants. | Case No. 3:15-cv-02945-RS<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] **ORDER ON STIPULATION TO EXTEND DATE FOR DEFENDANTS TO FILE THEIR REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS TO DISMISS AS MODIFIED BY COURT** |

112506692_1

1  Pursuant to the Stipulation To Extend Date For Defendants To File Their Reply Briefs In
2  Support Of Their Motions To Dismiss:
3     1.  UBS and the Schwab Defendants' deadline to file their replies in support of their
4  motions to dismiss shall be extended to October 28, 2015.
5     2.  The hearing on the pending motions to dismiss will take place on November 12, 2015
6  at 1:30 p.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San
7  Francisco, California.
8     IT IS SO ORDERED.
9  Dated: _____10/14/15_____           _____
10                                     Honorable Richard Seeborg
                                       United States District Court Judge

- 1 -
No. 3:15-cv-02945-RS
112506692_1